UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| In re: PERFORMANCE POWER GROUP, INC. | § | Case No. 09-74662 |
| | § | |
| ELECTRIC, CPI | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that STEPHEN G. BALSLEY_____, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
211 South Court Street
Room 110
Rockford, IL  61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 09:30AM on 09/27/2010 in Courtroom 115, United States Courthouse, 211 South Court Street
Room 115
Rockford, IL  61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  _/ /_____     By:   /s/STEPHEN G. BALSLEY_____
                                          Trustee

STEPHEN G. BALSLEY
6833 STALTER DRIVE
ROCKFORD, IL  61108

UST Form 101-7-NFR (9/1/2009)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | | |
|---|---|---|---|
| In re: PERFORMANCE POWER GROUP, INC. | § | Case No. 09-74662 | |
| | § | | |
| ELECTRIC, CPI | § | | |
| Debtor(s) | § | | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 18,115.78 |
| *and approved disbursements of* | $ 1,134.95 |
| *leaving a balance on hand of* [1] | $ 16,980.83 |

Claims of secured creditors will be paid as follows:

| Claimant | Proposed Payment |
|---|---|
| Crescent Electric Supply Company | $ 0.00 |
| Crescent Electric Supply Company | $ 0.00 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | | Fees | Expenses |
|---|---|---|---|
| Trustee | STEPHEN G. BALSLEY | $ 2,561.58 | $ |
| Attorney for trustee | Barrick, Switzer, Long, Balsley & Van Evera | $ 3,131.00 | $ |
| Appraiser | | $ | $ |
| Auctioneer | | $ | $ |
| Accountant | | $ | $ |
| Special Attorney for trustee | | $ | $ |
| Charges, | U.S. Bankruptcy Court | $ | $ |
| Fees, | United States Trustee | $ | $ |
| Other | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | Fees | Expenses |
|---|---|---|

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (9/1/2009)**

| | | | |
|---|---|---|---|
| *Attorney for debtor* | _____ | $_____ | $_____ |
| *Attorney for* | _____ | $_____ | $_____ |
| *Accountant for* | _____ | $_____ | $_____ |
| *Appraiser for* | _____ | $_____ | $_____ |
| *Other* | _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | N/A | | |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 50,276.51 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 22.5 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 2 | Lincoln Rent -All & Lawn Equip Sale | $ 61.69 | $ 13.85 |
| 3 | Sprint Nextel Correspondence | $ 1,287.99 | $ 289.18 |
| 4 | Control Panels, Inc | $ 15.23 | $ 3.42 |
| 5 | Steiner Electric Company | $ 43,906.09 | $ 9,857.94 |
| 6 | Yellow Book Sales & Distribution Inc | $ 117.00 | $ 26.27 |
| 7 | JMI Instrument Company | $ 2,251.60 | $ 505.54 |
| 8 | Citibank South Dakota NA | $ 239.39 | $ 53.75 |
| 9 | Fastenal | $ 577.52 | $ 129.67 |
| 10 | SimplexGrinnell | $ 1,820.00 | $ 408.63 |

**UST Form 101-7-NFR (9/1/2009)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

*Claim Number   Claimant                         Allowed Amt. of Claim   Proposed Payment*
                                N/A

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

*Claim Number   Claimant                         Allowed Amt. of Claim   Proposed Payment*
                                N/A

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.

UST Form 101-7-NFR (9/1/2009)

Prepared By: /s/STEPHEN G. BALSLEY
Trustee

STEPHEN G. BALSLEY
6833 STALTER DRIVE
ROCKFORD, IL 61108

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (9/1/2009)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-3           User: lorsmith              Page 1 of 2                   Date Rcvd: Aug 31, 2010
Case: 09-74662                 Form ID: pdf006             Total Noticed: 42
```

The following entities were noticed by first class mail on Sep 02, 2010.

```
db          +Performance Power Group, Inc,   1275 Turret Drive,   Machesney Park, IL 61115-1451
aty         +Bernard J Natale,   Law Office of Bernard J. Natale, Ltd.,   6833 Stalter Drive,   Suite 201,
              Rockford, IL 61108-2582
tr          +Stephen G Balsley,   Barrick, Switzer, Long, Balsley, etal,   6833 Stalter Drive,
              Rockford, IL 61108-2579
14622493    +Acuity,   2800 S Taylor Dr,   Sheboygan, WI 53081-8474
14622494    +Area Rental & Sales,   4235 S. Perryville,   Cherry Valley, IL 61016-9733
14622495     Capital One Bank,   P.O. Box 6492,   Carol Stream, IL 60197-6492
15090779    +Citibank South Dakota NA,   DBA,   4740 121st St,   Urbandale, IA 50323-2402
14622496    +Control Panels, Inc,   1275 Turret Dr,   Machesney Park, IL 61115-1451
14622497    +Crescent Electric Supply Co.,   PO Box 500,   East Dubuque, IL 61025-4418
14886068    +Crescent Electric Supply Company,   C/O Attorney Joseph D. Olsen,   1318 East State Street,
              Rockford, IL 61104-2228
14622499    +Fastenal,   Attn: Legal,   PO Box 978,   Winona, MN 55987-0978
14622500    +Gexpro,   PO Box 100275,   Atlanta, GA 30384-0275
14622501    +Grainger,   5862 Harrison Ave,   Rockford, IL 61108-8127
14622502    +Honeywell, Inc,   PO Box 92103,   Chicago, IL 60675-2103
14622503    +JMI Instrument Company,   9839 Industrial Court Suite B,   Highland, IN 46322-2660
14622504    +Kirby Cable Service, Inc,   17842 Sumner Rd PO Box 37,   Pecatonica, IL 61063-0037
14622505    +Lincoln Rent -All & Lawn Equip Sale,   3110 Auburn Street,   Rockford, IL 61101-3492
14622506     Office Equipment Leasing,   PO Box 660831,   Dallas, TX 75266-0831
14622507    +Reno Zahm,   2902 Mcfarland Road Suite 400,   Rockford, IL 61107-6801
14622509    +Rob Quittschreiber,   5339 Woodland Pond Lane,   Loves Park, IL 61111-3530
14622510    +Robert Quittschreiber,   5339 Woodland Pond Lane,   Loves Park, IL 61111-3530
14622511    +Rock Valley Publishing,   11512 N. 2nd Street,   Machesney Park, IL 61115-1101
14622514    +School District Publishing,   P.O. Box 489,   Riesel, TX 76682-0489
14622515     Simplex Grinnell,   Dept. CH,   10320,   Palatine, IL 60055-0320
14622516    +Sprint,   P.O. Box 4181,   Carol Stream, IL 60197-4181
14930788     Sprint Nextel Correspondence,   Attn Bankruptcy Dept,   PO Box 7949,
              Overland Park KS 66207-0949
14930789     Sprint Nextel Distribution,   Attn: Bankruptcy Dept,   P.O. Box 3326,   Englewood, CO 80155-3326
14622517    +Steiner Electric Company,   2665 Paysphere Circle,   Chicago, IL 60674-0001
14976325    +Steiner Electric Company,   1250 Touhy Ave,   Elk Grove Village IL 60007-4985
14622518     The Home Depot,   P.O. Box 6029,   The Lakes, NV 88901-6029
14622519    +Tyrone Pratt,   4837 Majestic Pass,   Loves Park, IL 61111-7601
14622521    +West Bend Mutual Insurance Co.,   1900 South 18th Avenue,   West Bend, WI 53095-9791
14622522    +YCS Printing,   305 E. Riverside Blvd.,   Loves Park, IL 61111-8421
15046118    +Yellow Book Sales & Distribution Inc,   c/o RMS Bankruptcy Recovery Services (HB,   POB 5126,
              Timonium MD 21094-5126
14622523    +Yellow Book USA,   6300 C Street SW,   Cedar Rapids, IA 52404-7470
```

The following entities were noticed by electronic transmission on Aug 31, 2010.

```
14622498     E-mail/Text: CustomerNoticesEast@dexknows.com                            DEX,   8519 Innovation Way,
              Chicago, IL 60682-0085
14755503     E-mail/PDF: gecsedi@recoverycorp.com Sep 01 2010 01:22:13     GE Money Bank,
              c/o Recovery Management Systems Corp,   Attn: Ramesh Singh,   25 SE 2nd Avenue Suite 1120,
              Miami FL 33131-1605
14622512    +E-mail/Text: credit@rscrental.com                            RSC Equipment Rental,   PO Box 840514,
              Dallas, TX 75284-0514
14622508    +E-mail/Text: Bankruptcy@htlf.com                            Riverside Community Bank,
              6855 E Riverside Blvd,   Rockford, IL 61114-4429
14622513     E-mail/PDF: gecsedi@recoverycorp.com Sep 01 2010 01:22:13     Sam's Club Discover,   Box 981064,
              El Paso, TX 79998-1064
15223111    +E-mail/Text: MAHANNA@SIMPLEXGRINNELL.COM                            SimplexGrinnell,
              Attn: Bankruptcy,   50 Technology Drive,   Westminster MA 01441-0001
14622520    +E-mail/Text: cpscollections@usbank.com                            Voyager Fleet Systems, Inc,
              PO Box 790049,   Houston, TX 77279-0049
                                                                                              TOTAL: 7
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*        +Stephen G Balsley,   Barrick, Switzer, Long, Balsley, etal,   6833 Stalter Drive,
              Rockford, IL 61108-2579
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

```
District/off: 0752-3          User: lorsmith           Page 2 of 2              Date Rcvd: Aug 31, 2010
Case: 09-74662                Form ID: pdf006          Total Noticed: 42

              ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 02, 2010**                    **Signature:**          *Joseph Speetjens*