**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: PERFORMANCE POWER GROUP, INC.　　§　Case No. 09-74662
　　　　　　　　　　　　　　　　　　　　　§
　　　　ELECTRIC, CPI　　　　　　　　　　§
Debtor(s)　　　　　　　　　　　　　　　　§

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

　　STEPHEN G. BALSLEY, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

　　1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

　　2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $373,748.23　　　　　　Assets Exempt: $0.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $11,289.37　　Claims Discharged
　　　　　　　　　　　　　　　　　　　　　　Without Payment: $62,570.44

Total Expenses of Administration: $6,827.53

---

　　3) Total gross receipts of $ 18,116.90 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $18,116.90 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $748,032.88 | $27,833.92 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 6,827.53 | 6,827.53 | 6,827.53 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from**Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from**Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from**Exhibit 7**) | 77,487.69 | 50,276.51 | 50,276.51 | 11,289.37 |
| **TOTAL DISBURSEMENTS** | $825,520.57 | $84,937.96 | $57,104.04 | $18,116.90 |

    4)  This case was originally filed under Chapter 7 on October 23, 2009. The case was pending for 15 months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/02/2011          By: /s/STEPHEN G. BALSLEY
                                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2004 Chevy Avalanche (debtor has title) | 1129-000 | 6,425.00 |
| 2006 Ford E250 (no lien) Surrendered | 1129-000 | 5,050.00 |
| Insurance refunds - Acuity | 1229-000 | 6,635.32 |
| Interest Income | 1270-000 | 6.58 |
| **TOTAL GROSS RECEIPTS** | | **$18,116.90** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Crescent Electric Supply Company | 4110-000 | N/A | | 0.00 | 0.00 |
| 1 -2 | Crescent Electric Supply Company | 4110-000 | 25,720.85 | 27,833.92 | 0.00 | 0.00 |
| NOTFILED | Riverside Community Bank | 4110-000 | 557,364.12 | N/A | N/A | 0.00 |
| NOTFILED | Riverside Community Bank | 4110-000 | 124,947.91 | N/A | N/A | 0.00 |
| NOTFILED | Riverside Community Bank | 4110-000 | 40,000.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$748,032.88** | **$27,833.92** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

### EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| STEPHEN G. BALSLEY | 2100-000 | N/A | 2,561.58 | 2,561.58 | 2,561.58 |
| Barrick, Switzer, Long, Balsley & Van Evera | 3110-000 | N/A | 3,131.00 | 3,131.00 | 3,131.00 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 16.95 | 16.95 | 16.95 |
| RSM McGladrey, Inc. | 3310-000 | N/A | 1,118.00 | 1,118.00 | 1,118.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | N/A | 6,827.53 | 6,827.53 | 6,827.53 |

### EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | 0.00 | 0.00 | 0.00 |

### EXHIBIT 6 −PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | 0.00 | 0.00 | 0.00 | 0.00 |

### EXHIBIT 7 −GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Lincoln Rent -All & Lawn Equip Sale | 7100-000 | 58.69 | 61.69 | 61.69 | 13.86 |
| 3 | Sprint Nextel Correspondence | 7100-000 | 1,120.45 | 1,287.99 | 1,287.99 | 289.21 |
| 4 | Control Panels, Inc | 7100-000 | 10,903.33 | 15.23 | 15.23 | 3.42 |
| 5 | Steiner Electric Company | 7100-000 | 36,924.63 | 43,906.09 | 43,906.09 | 9,858.92 |
| 6 | Yellow Book Sales & Distribution Inc | 7100-000 | 38.00 | 117.00 | 117.00 | 26.27 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 7 | JMI Instrument Company | 7100-000 | 2,251.60 | 2,251.60 | 2,251.60 | 505.59 |
| 8 | Citibank South Dakota NA | 7100-000 | 210.17 | 239.39 | 239.39 | 53.75 |
| 9 | Fastenal | 7100-000 | 577.52 | 577.52 | 577.52 | 129.68 |
| 10 | SimplexGrinnell | 7100-000 | 1,820.00 | 1,820.00 | 1,820.00 | 408.67 |
| NOTFILED | Office Equipment Leasing | 7100-000 | 471.59 | N/A | N/A | 0.00 |
| NOTFILED | Kirby Cable Service, Inc | 7100-000 | 4,050.00 | N/A | N/A | 0.00 |
| NOTFILED | Reno Zahm | 7100-000 | 93.00 | N/A | N/A | 0.00 |
| NOTFILED | Rock Valley Publishing | 7100-000 | 76.50 | N/A | N/A | 0.00 |
| NOTFILED | Voyager Fleet Systems, Inc | 7100-000 | 477.94 | N/A | N/A | 0.00 |
| NOTFILED | YCS Printing | 7100-000 | 111.75 | N/A | N/A | 0.00 |
| NOTFILED | West Bend Mutual Insurance Co. | 7100-000 | 901.00 | N/A | N/A | 0.00 |
| NOTFILED | Tyrone Pratt | 7100-000 | 5,000.00 | N/A | N/A | 0.00 |
| NOTFILED | School District Publishing | 7100-000 | 595.00 | N/A | N/A | 0.00 |
| NOTFILED | Honeywell, Inc | 7100-000 | 507.61 | N/A | N/A | 0.00 |
| NOTFILED | Sam's Club Discover | 7100-000 | 457.32 | N/A | N/A | 0.00 |
| NOTFILED | RSC Equipment Rental | 7100-000 | 896.91 | N/A | N/A | 0.00 |
| NOTFILED | Robert Quittschreiber | 7100-000 | 5,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Area Rental & Sales | 7100-000 | 160.00 | N/A | N/A | 0.00 |
| NOTFILED | Grainger | 7100-000 | 307.11 | N/A | N/A | 0.00 |
| NOTFILED | Capital One Bank | 7100-000 | 179.04 | N/A | N/A | 0.00 |
| NOTFILED | DEX | 7100-000 | 114.86 | N/A | N/A | 0.00 |
| NOTFILED | Acuity | 7100-000 | 4,100.45 | N/A | N/A | 0.00 |
| NOTFILED | Gexpro | 7100-000 | 83.22 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 77,487.69 | 50,276.51 | 50,276.51 | 11,289.37 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-74662  
**Case Name:** PERFORMANCE POWER GROUP, INC.  
**Period Ending:** 01/26/11

**Trustee:** (330410) STEPHEN G. BALSLEY  
**Filed (f) or Converted (c):** 10/23/09 (f)  
**§341(a) Meeting Date:** 11/25/09  
**Claims Bar Date:** 03/22/10

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Riverside Community Bank - checking | 14,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | Associated Bank - checking | 100.00 | 0.00 | DA | 0.00 | FA |
| 3 | Mass Mutual - (2) term life policies | 0.00 | 0.00 | DA | 0.00 | FA |
| 4 | Account Receivable (subject to lien @ Riverside | 69,713.75 | 0.00 | DA | 0.00 | FA |
| 5 | 1994 Ford E250 (subject to lien @ Riverside Comm | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 6 | 1999 GMC Savanna (subject to lien @ Riverside Co | 5,000.00 | 0.00 | DA | 0.00 | FA |
| 7 | 2000 Ford Pickup (subjecto to lien @ Riverside C | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 8 | 2004 Chevy Avalanche (debtor has title) | 11,000.00 | 6,000.00 | DA | 6,425.00 | FA |
| 9 | 2005 Chevy Express (subject to lien at Riverside | 8,000.00 | 0.00 | DA | 0.00 | FA |
| 10 | 2005 GMC Savanna (subject to lien at Riverside C | 8,000.00 | 0.00 | DA | 0.00 | FA |
| 11 | 2006 Ford E250 (no lien) Surrendered | 12,000.00 | 5,050.00 | DA | 5,050.00 | FA |
| 12 | 2007 Ford Explorer Sport Track (subject to lien | 18,000.00 | 0.00 | DA | 0.00 | FA |
| 13 | Semi-trailer (subject to lien at Riverside Commu | 750.00 | 0.00 | DA | 0.00 | FA |
| 14 | Normal complement of office equipment | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 15 | 2 Ditch Witch trenchers, Skyjack scissor lift | 30,000.00 | 0.00 | DA | 0.00 | FA |
| 16 | Misc. electrical fittings, light fixtures, etc.  Orig. Asset Memo: Imported from original petition Doc# 1 | 186,549.16 | 0.00 | DA | 0.00 | FA |
| 17 | Insurance refunds - Acuity (u) | 6,635.32 | 6,635.32 | DA | 6,635.32 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 6.58 | FA |
| 18 | Assets  Totals (Excluding unknown values) | $373,748.23 | $17,685.32 | | $18,116.90 | $0.00 |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):** November 25, 2010   **Current Projected Date Of Final Report (TFR):** August 23, 2010 (Actual)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 09-74662  
**Case Name:** PERFORMANCE POWER GROUP, INC.  
**Taxpayer ID #:** **-***4479  
**Period Ending:** 01/26/11

**Trustee:** STEPHEN G. BALSLEY (330410)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****13-65 - Money Market Account  
**Blanket Bond:** $1,500,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 12/18/09 | {17} | Acuity Mutual Insurance Company | Insurance refund | 1229-000 | 645.32 | | 645.32 |
| 12/18/09 | {17} | Acuity Mutual Insurance Company | Insurance refund | 1229-000 | 5,990.00 | | 6,635.32 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.09 | | 6,635.41 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.26 | | 6,635.67 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.25 | | 6,635.92 |
| 03/02/10 | {11} | Kasper Group LLC | Sale of 2006 Van | 1129-000 | 5,050.00 | | 11,685.92 |
| 03/08/10 | {8} | ROBERT E. QUITTSCHREIBER | SALE OF 2004 CHEVROLET AVALANCHE | 1129-000 | 6,425.00 | | 18,110.92 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.68 | | 18,111.60 |
| 04/06/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.12 | | 18,111.72 |
| 04/06/10 | | Wire out to BNYM account 9200******1365 | Wire out to BNYM account 9200******1365 | 9999-000 | -18,111.72 | | 0.00 |
| | | | **ACCOUNT TOTALS** | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | -18,111.72 | 0.00 | |
| | | | **Subtotal** | | 18,111.72 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$18,111.72** | **$0.00** | |

{} Asset reference(s)

Printed: 01/26/2011 10:46 AM V.12.56

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 09-74662  
**Case Name:** PERFORMANCE POWER GROUP, INC.  
**Taxpayer ID #:** **-***4479  
**Period Ending:** 01/26/11  

**Trustee:** STEPHEN G. BALSLEY (330410)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******13-65 - Money Market Account  
**Blanket Bond:** $1,500,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/06/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********1365 | Wire in from JPMorgan Chase Bank, N.A. account ********1365 | 9999-000 | 18,111.72 | | 18,111.72 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.86 | | 18,112.58 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 1.08 | | 18,113.66 |
| 06/07/10 | 11001 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/07/2010 FOR CASE #09-74662 | 2300-000 | | 16.95 | 18,096.71 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 1.04 | | 18,097.75 |
| 07/28/10 | 11002 | RSM McGladrey, Inc. | Preparation of Corporate Income Tax Returns | 3310-000 | | 1,118.00 | 16,979.75 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 1.08 | | 16,980.83 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 1.00 | | 16,981.83 |
| 09/27/10 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.12 | | 16,981.95 |
| 09/27/10 | | To Account #9200******1366 | Transfer to Closed Money Market Account | 9999-000 | | 16,981.95 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 18,116.90 | 18,116.90 | $0.00 |
| | | | Less: Bank Transfers | | 18,111.72 | 16,981.95 | |
| | | | **Subtotal** | | 5.18 | 1,134.95 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$5.18** | **$1,134.95** | |

{} Asset reference(s)            Printed: 01/26/2011 10:46 AM    V.12.56

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 09-74662  
**Case Name:** PERFORMANCE POWER GROUP, INC.  
**Taxpayer ID #:** **-***4479  
**Period Ending:** 01/26/11

**Trustee:** STEPHEN G. BALSLEY (330410)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******13-66 - Checking Account  
**Blanket Bond:** $1,500,000.00  (per case limit)  
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 09/27/10 | | From Account #9200******1365 | Transfer to Closed Money Market Account | 9999-000 | 16,981.95 | | 16,981.95 |
| 09/27/10 | 101 | Barrick, Switzer, Long, Balsley & Van Evera | Dividend paid 100.00% on $3,131.00, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 3,131.00 | 13,850.95 |
| 09/27/10 | 102 | STEPHEN G. BALSLEY | Dividend paid 100.00% on $2,561.58, Trustee Compensation;  Reference: | 2100-000 | | 2,561.58 | 11,289.37 |
| 09/27/10 | 103 | Lincoln Rent -All & Lawn Equip Sale | Dividend paid  22.45% on $61.69; Claim# 2; Filed: $61.69; Reference: | 7100-000 | | 13.86 | 11,275.51 |
| 09/27/10 | 104 | Sprint Nextel Correspondence | Dividend paid  22.45% on $1,287.99; Claim# 3; Filed: $1,287.99; Reference: | 7100-000 | | 289.21 | 10,986.30 |
| 09/27/10 | 105 | Steiner Electric Company | Dividend paid  22.45% on $43,906.09; Claim# 5; Filed: $43,906.09; Reference: | 7100-000 | | 9,858.92 | 1,127.38 |
| 09/27/10 | 106 | Yellow Book Sales & Distribution Inc | Dividend paid  22.45% on $117.00; Claim# 6; Filed: $117.00; Reference: | 7100-000 | | 26.27 | 1,101.11 |
| 09/27/10 | 107 | JMI Instrument Company | Dividend paid  22.45% on $2,251.60; Claim# 7; Filed: $2,251.60; Reference: | 7100-000 | | 505.59 | 595.52 |
| 09/27/10 | 108 | Citibank South Dakota NA | Dividend paid  22.45% on $239.39; Claim# 8; Filed: $239.39; Reference: | 7100-000 | | 53.75 | 541.77 |
| 09/27/10 | 109 | Fastenal | Dividend paid  22.45% on $577.52; Claim# 9; Filed: $577.52; Reference: | 7100-000 | | 129.68 | 412.09 |
| 09/27/10 | 110 | SimplexGrinnell | Dividend paid  22.45% on $1,820.00; Claim# 10; Filed: $1,820.00; Reference: | 7100-000 | | 408.67 | 3.42 |
| 09/27/10 | 111 | U.S. Bankruptcy Court | COMBINED SMALL CHECK | 7100-000 | | 3.42 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | | 16,981.95 | 16,981.95 | $0.00 |
| Less: Bank Transfers | | 16,981.95 | 0.00 | |
| **Subtotal** | | 0.00 | 16,981.95 | |
| Less: Payments to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | **$0.00** | **$16,981.95** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****13-65 | 18,111.72 | 0.00 | 0.00 |
| MMA # 9200-******13-65 | 5.18 | 1,134.95 | 0.00 |
| Checking # 9200-******13-66 | 0.00 | 16,981.95 | 0.00 |
| | **$18,116.90** | **$18,116.90** | **$0.00** |

{} Asset reference(s)

Printed: 01/26/2011 10:46 AM    V.12.56